**Order entered April 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00765-CV

**KINGVISION PAY-PER-VIEW, LTD, ET AL., Appellants**

**V.**

**DALLAS COUNTY, TEXAS, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-11471-F**

## ORDER

The Court has before it appellants' March 28, 2013 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by May 1, 2013.

/s/    ELIZABETH LANG-MIERS
       JUSTICE